CV00-357
RHK/RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle. **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls as of March 1, 2001.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: November 1, 2000.

FILED NOV 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | Neil A. McEwen<br>Maxine McEwen | Neil McEwen<br>218-692-5280 |
| | vs CV 00-231 RHK/RLE<br>COURT | |
| | Farm Services Agency | Lonnie Bryan<br>612-664-5600 |
| 2. | Neil A. McEwen<br>Maxine McEwen | Neil McEwen<br>218-692-5280 |
| | Vs CV 00-357 RHK/RLE<br>COURT | |
| | Farm Service Agency<br>U.S. Department of Agriculture | Lonnie Bryan<br>612-664-5600 |
| 3. | Alvin Norman King | Joseph Marqulies<br>612-872-4900 |
| | vs CV 99-1404 RHK/JMM<br>JURY | |
| | Russell Monson etal | Jon Iverson<br>Paul Reuvers<br>952-896-3700<br><br>Pierre Regnier<br>651-290-6500 |

| | | |
|---|---|---|
| 4. | Cheryl Schally-Hollenbeck | Benjamin Gallagher<br>651-222-4466 |
| | vs CV 99-1411 RHK/JMM<br>JURY | |
| | United States of America | Lonnie Bryan<br>612-664-5600 |
| 5. | Roger Jeseritz | John Mack<br>320-354-2045 |
| | vs CV 99-1439 RHK/JMM<br>JURY | |
| | William J. Henderson etc. | Fred Siekert<br>612-664-5600<br>Barbara Frazier<br>314-872-5120 |
| 6. | Dale Lauseng<br>Janet Lauseng | Mark Brown<br>612-333-2530 |
| | Vs CV 99-1906 RHK/JMM<br>COURT | |
| | Whirlpool Corporation | Jeffrey Schmidt<br>612-338-0661<br><br>Michael Moon Jr.<br>Joseph Chapelle<br>317-231-7241 |

7. Kimberly Petrice Brown — Sandra Babcock, 612-721-9414

vs CV 99-1959 RHK/SRN
JURY

Czah Z. Vah
etal — Timothy Skarda, 612-673-2010